**Dismissed and Opinion Filed December 20, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-07-01593-CV

### GULF COAST BUSINESS DEVELOPMENT CORPORATION, Appellant
### V.
### TEXAS HEMATOLOGY/ONCOLOGY CENTER, PA, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. 07-08312-B**

## MEMORANDUM OPINION

Before Justices O'Neill, Myers, and Brown
Opinion by Justice Myers

On December 3, 2013, the Court reinstated this appeal, which had been abated due to the bankruptcy filing of appellee. We ordered appellant to file, within ten days, either a motion to dismiss the appeal or a motion to maintain the appeal explaining why it should be maintained on the Court's docket. We warned appellant that if we did not receive either within the time specified, we would, without further notice, dismiss the appeal. To date, appellant has not filed any motions nor communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

/Lana Myers/
LANA MYERS
JUSTICE

071593F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GULF COAST BUSINESS
DEVELOPMENT CORPORATION,
Appellant

No. 05-07-01593-CV          V.

TEXAS HEMATOLOGY/ONCOLOGY
CENTER, PA, Appellee

On Appeal from the County Court at Law
No. 2, Dallas County, Texas
Trial Court Cause No. 07-08312-B.
Opinion delivered by Justice Myers,
Justices O'Neill and Brown participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.  We **ORDER** that each party bear its own costs of the appeal.

Judgment entered this 20th day of December, 2013.

/Lana Myers/
LANA MYERS
JUSTICE